**Electronically Filed**
**Supreme Court**
**SCPW-19-0000419**
**03-FEB-2022**
**03:00 PM**
**Dkt. 25 ODDP**

SCPW-19-0000419

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

JANE J. P. LIU, Petitioner,

vs.

DEPARTMENT OF HEALTH, STATE OF HAWAI‘I, Respondent.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Jane J. P. Liu's petition for writ of mandamus, filed on January 26, 2022, and the record, based on the information presented to this court, petitioner fails to demonstrate that she is entitled to the requested extraordinary writ. <u>See</u> <u>Kema v. Gaddis</u>, 91 Hawai‘i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

It is ordered that the petition for writ of mandamus is denied.

DATED:  Honolulu, Hawaiʻi, February 3, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd E. Eddins

2